BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>             v.<br><br>JAIRO BUENROSTRO CORNEJO,,<br><br>                     Defendant. | CASE NO.  2:14-CR-0342 KJM<br><br>STIPULATION/ORDER RESETTING MOTIONS SCHEDULE |

Pursuant to the Minute Order issued June 1, 2015, the Court sets the following schedule for any pretrial motions to suppress evidence or other motions under Rule 12(b), F.R.Crim.P.:

| | |
|---|---|
| Motions to be filed by: | July 1, 2015 |
| Government's response to be filed by: | July 24, 2015 |
| Defendant's replies to be filed by: | July 31, 2015 |
| Hearing (non-evidentiary) on motions(s): | August 12, 2015 at 9:00 a.m. |

Time under the Speedy Trial Act should be excluded for the period from and including June 3, 2015, to July 1, 2015, pursuant to 18 U.S.C. §§ 3161(h)(7) (A) and 7(b)(iv), on the basis that further time is needed to allow defense counsel to further review the discovery and to have its expert review stored digital evidence.  The Court also finds that time under the Speedy Trial Act will be excluded from July 1, 2015 to August 12,2015, on the basis of pending motions, 18 U.S.C. § 3161(h)(1)(D)(delay resulting from pretrial motions).   The Court should further find that the ends of justice served by

STIPULATION AND ORDER SETTING MOTIONS SCHEDULE

1

granting the continuances outweigh the best interests of the defendant and the public in a speedy trial.

Dated:  June 4, 2015                                         BENJAMIN B. WAGNER
                                                             United States Attorney


                                                       By:  /s/ RICHARD J. BENDER
                                                             RICHARD J. BENDER
                                                             Assistant United States Attorney


Dated:  June 4, 2015                                          /s/ KELLY BABINEAU
                                                             KELLY BABINEAU
                                                             Attorney for Jairo Buenrostro Cornejo

**O R D E R**

It is so ORDERED,

this 4th day of June, 2015

_____
UNITED STATES DISTRICT JUDGE