UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAIRO BUENROSTRO CORNEJO,<br><br>Defendant. | No.  2:14-cr-0342-KJM-1<br><br><br><br>ORDER |

On March 23, 2016, defense counsel was ordered to show cause within seven (7) days why she should not be sanctioned for her failure to act diligently in responding to her scheduling conflict that prevented a previously-continued and long-planned evidentiary hearing from going forward in this court.  The seven day period has long passed and defense counsel has failed to respond to the court's order.  The court construes defense counsel's lack of response as a concession, and sanctions her in the amount of $250.00, payable to the Clerk of the Court within fourteen days of the date this order is served.  Counsel shall not pass this cost on to her client.

DATED:  April 24, 2016.

_____
UNITED STATES DISTRICT JUDGE

1