BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAIRO BUENROSTRO CORNEJO,,<br><br>Defendant. | CASE NO. 2:14-CR-0342 KJM<br><br>GOVERNMENT'S MOTIONT TO DISMISS INDICTMENT AND (Proposed) ORDER DISMISSING INDICTMENT |

Based on the Court's Order, filed July 22, 2016, suppressing the evidence in this case and pursuant to Rule 48(a), F.R. Crim.P., the government moves to dismiss the Indictment in this case.  The defendant should be released from custody on the charge in the Indictment, pending whatever immigration or other holds that may exist, if any.

Dated:  August 22, 2016

                                          BENJAMIN B. WAGNER
                                          United States Attorney

                               By:  /s/ RICHARD J. BENDER
                                          RICHARD J. BENDER
                                          Assistant United States Attorney

//

//

//

//

**ORDER DISMISSING INDICTMENT**
**[CASE NO. 2:14-CR-0342 KJM]**

It is so ORDERED,

this 22nd day of August, 2016

_____
UNITED STATES DISTRICT JUDGE