UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAIRO BUENROSTRO CORNEJO,<br><br>Defendant. | No. 2:14-cr-0342-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release JAIRO BUENROSTRO CORNEJO; Case No. 2:14-cr-0342-KJM, from custody for the following reasons:

___Release on Personal Recognizance

___Bail Posted in the Sum of $

    ___ Unsecured Appearance Bond

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

_X_ (Other): Indictment dismissed upon motion of the government.

Issued at Sacramento, California on  8/22/16 , at 11:55 a.m.

_____
Kimberly J. Mueller
United States District Judge